ORDER:
motion granted.
complaint and warrant
are DISMISSED.
John Bryant, USMJ

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL ACTION |
| | ) | |
| v. | ) | NO. 09-4069 JSB |
| | ) | JUDGE BRYANT |
| ROBERT JAMES VECCHIO | ) | |

### GOVERNMENT'S MOTION TO DISMISS COMPLAINT AND WARRANT

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully requests that this Honorable Court, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, dismiss the pending complaint and warrant against the defendant.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

*S/ Philip H. Wehby*
BY: _____
PHILIP H. WEHBY
Assistant U. S. Attorney
110 9th Avenue, South
Suite A-961
Nashville, Tennessee 37203
(615) 736-5151